USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: __________
DATE FILED: 10/15/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**---------------------------------------------------------------X**

**SEBASTIEN ALEXANDRE LABLANCHE,**

**Plaintiff,**

**-against-**

**PFIZER, INC.**

**Defendant.**

**---------------------------------------------------------------X**

**26-CV-7970 (MMG) (VF)**

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

Since this case was transferred from the United States District Court for the District of Utah, Plaintiff has sent the Court numerous e-mail communications. Plaintiff is registered to file electronically via ECF. Plaintiff is reminded that all communications with the Court must be through ECF, by filing a letter on the docket, or the Pro Se Office in accordance with the Court's Individual Rules and Practices in Civil *Pro Se* Cases. The Court does not accept e-mail communications, and the Court will not review or respond to any e-mail communications. Plaintiff is hereby warned that a failure to comply with this Order may result in sanctions.

**SO ORDERED.**

DATED: New York, New York
October 15, 2026

VALERIE FIGUEREDO
United States Magistrate Judge