UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SEBASTIEN ALEXANDRE LABLANCHE,

Plaintiff,

-v-

PFIZER INC.,

Defendant.

26-CV-07970 (MMG) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, UNITED STATES MAGISTRATE JUDGE**:

On October 22, 2026, Plaintiff filed a motion to transfer this matter to the United States District Court of the District of Columbia. (ECF 103, ECF 104.) On October 26, 2026, following a telephonic conference with the parties, I ordered Defendant to file either a consent to a transfer of venue to the District of Columbia or a letter setting forth the basis for Defendant's conclusion, as expressed at the telephonic conference, that this Court may hear Defendant's forum non conveniens motion (ECF 71) notwithstanding the jurisdictional provisions of the PREP Act. (ECF 106.)

On November 9, 2026, Defendant filed a notice of their non-opposition to the transfer of this matter to the United States District Court for the District of Columbia. (ECF 108.) Accordingly, I am ordering that this case be transferred to the United States District Court for the District of Columbia. The Clerk of Court is respectfully requested to transfer this matter to the District of Columbia and to close this matter in the United States District Court for the Southern District of New York.

DATED: November 9, 2026
New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**